Jasmine Duel (SBN 271872)
Berokim & Duel PC
270 N. Canon Drive, Third Floor
Beverly Hills, CA 90210
jasmine@berokimduel.com
310-846-8553

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Heather Ednresen | CASE NUMBER |
|---|---|
| Plaintiff(s), | Case No. 8:18-cv-00899-AG-SS |
| v. | |
| BANC OF CALIFORNIA, INC., a Delaware Corporation, and BANC OF CALIFORNIA, N.A., a United States Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/3/2021
*Date*

*Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**